# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2011

Robert P. Young, Jr.,
Chief Justice

142704

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142704
COA: 292570
Saginaw CC: 08-031573-FC

JAMES MICHAEL O'BRYAN,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 18, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

t0516